AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

In Re:

Search Warrants

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV-12-340-RMP

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to  hearing  before the Court. The issues have been heard  and a decision has been rendered.

IT IS ORDERED AND ADJUDGED pursuant to the Order entered by this Court on 04/02/12, ECF No. [45], that Movants' Motions to Quash, Suppress, and Return Property are denied without prejudice; Movant Smith's Motion to Hold Evidence seized from 78 Parcels Pending Criminal Investigation of Agents and Actors or to Compel the Return of Items Seized for Failure to Establish Probable Cause of Title 11 Violations is denied without prejudice; Movant Smith's Motion for Immediate Return of All Property Based upon New Evidence is Denied; Movant Smith's Motion for Reconsideration is denied; and Movant Smith's Motion to Strike Submissions for Lack of Standing is also denied.  Judgment therefore is hereby entered in favor of Respondent United States of America.

April 2, 2012
*Date*

JAMES R. LARSEN
*Clerk*
s/ Penny Lamb
*(By) Deputy Clerk*
Penny Lamb